ANNA P. COFFIN, appellant,

*v.*

WILLIAM W. WATSON et al., executors, respondents.

[Argued November 27th, 1911. Decided March 4th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *78 N. J. Eq. (8 Buch.) 307.*

*Mr. Ralph E. Lum,* for the appellant.

*Mr. Spaulding Frazer,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE—12.

*For reversal*—None.